REDACTED

JS 45 (11/2002)
## Criminal Case Cover Sheet

## U.S. District Court

| **Place of Offense:** | | **Under Seal:** Yes ☒  No ☐ | **Judge Assigned:** |
|---|---|---|---|
| City:   EDVA | | | **Criminal Number:** |
| County/Parish: | Same Defendant: | | **New Defendant:** YES |
| | Magistrate Judge Case Number: | | **Arraignment Date:** |
| | Search Warrant Case Number: | | ● |
| | R 20/R 40 from District of _____ . | | |

## Defendant Information:

| Juvenile:  Yes ☐   No ☒ | **FBI#** | | | |
|---|---|---|---|---|
| **Defendant Name:** VLADYSLAV FITSAK | | **Alias Name(s):** | | |
| **Address:** ▮▮▮▮▮▮▮▮▮ Philadelphia, PA 19116 | | | | |

| | | | | | **Place of Birth:** |
|---|---|---|---|---|---|
| **Birth Date:** ▮▮1996 | **SS#:** ▮▮2452 | **Sex:** M | **Race:** White | **Nationality:** unknown | Ukraine |

| | **Weight:** | | | |
|---|---|---|---|---|
| **Height:** Unknown | Unknown | **Hair:** Brown | **Eyes:** Brown | **Scars/Tattoos:** unknown |

| Interpreter:  Yes ☐   No ☒ | **List Language and/or dialect:** |
|---|---|

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of:          in: | |

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____   should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| (S)AUSA:  Kristen S. Taylor | Telephone No.  757-441-6331 | Bar #: |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

| FBI, SA, Matthew West – 501-326-0112 |
|---|

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | 2 | Felony |
| Set 3 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud | 3-6 | Felony |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c) | Criminal Forfeiture | | |