# U.S. District Court
## Eastern District of Arkansas (Central Division)
### CRIMINAL DOCKET FOR CASE #: 4:25-mj-00238-BBM-1
### Internal Use Only

Case title: USA v. Fitsak  
Other court case number: 2:25-cr-99 Eastern District of Virginia, Norfolk Division

Date Filed: 10/02/2025

Assigned to: Magistrate Judge Benecia B. Moore

**Defendant (1)**

| | |
|---|---|
| **Vladyslav Fitsak** | represented by **Molly K. Sullivan**<br>Federal Public Defender's Office<br>The Victory Building, Suite 490<br>1401 West Capitol Avenue<br>Little Rock, AR 72201<br>501-324-6113<br>Email: molly_sullivan@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Shelby Shelton**<br>U. S. Attorney's Office<br>Eastern District of Arkansas |

425 West Capitol Avenue, Suite 500
Little Rock, AR 72201
501-340-2640
Email: Shelby.shelton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2025 | 1 | SEALED Rule 5(c)(3) Documents Received as to Vladyslav Fitsak. (kdr) (Entered: 10/02/2025) |
| 10/02/2025 | 2 | NOTICE OF HEARING as to Vladyslav Fitsak: Initial Appearance - Rule 5 set for 10/2/2025 at 2:00 PM in Little Rock Courtroom 4B before Magistrate Judge Benecia B. Moore. (kdr) (Entered: 10/02/2025) |
| 10/02/2025 | 3 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Magistrate Judge Benecia B. Moore: Initial Appearance in Rule 5(c)(3) proceedings as to Vladyslav Fitsak held on 10/2/2025. The parties were present and the case was called. Defendant was advised of his rights and the charges filed in the Eastern District of Virginia. A financial affidavit was submitted. The Court determined the defendant qualified for court-appointed counsel and appointed AFPD Molly K. Sullivan. Defendant waived an identity hearing. The Government sought detention. Defendant reserved his right to request a detention hearing. The Court will enter an Order committing defendant to the Eastern District of Virginia, Norfolk Division. Hearing adjourned. (AUSA Shelby Shelton; AFPD Molly K. Sullivan; USPOs Ryan Clodfelter and Liane Hill; ECRO K. Rochelle) (kdr) (Entered: 10/03/2025) |
| 10/02/2025 | 4 | CJA 23 Financial Affidavit (sealed) by Vladyslav Fitsak. (kdr) (Entered: 10/03/2025) |
| 10/02/2025 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Vladyslav Fitsak. Molly K. Sullivan appointed. Signed by Magistrate Judge Benecia B. Moore on 10/3/2025. (kdr) (Entered: 10/03/2025) |
| 10/02/2025 | 6 | ORDER regarding exculpatory evidence as to Vladyslav Fitsak. Signed by Magistrate Judge Benecia B. Moore on 10/2/2025. (kdr) (Entered: 10/03/2025) |
| 10/02/2025 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Vladyslav Fitsak. Defendant committed to the Eastern District of Virginia, Norfolk Division. Signed by Magistrate Judge Benecia B. Moore on 10/2/2025. (kdr) (Entered: 10/03/2025) |

A TRUE COPY I CERTIFY

Tammy H. Downs, Clerk

By: KristyRochelle D.C. on
**Oct 03, 2025**
For the United States District Court
Eastern District of Arkansas

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                                            Plaintiff

v.                                              Case No.: 4:25−mj−00238−BBM

Vladyslav Fitsak                                                                                   Defendant

_____

NOTICE OF HEARING

    PLEASE take notice that a Initial Appearance − Rule 40 has been set in this case for October 2, 2025, at 02:00 PM before Magistrate Judge Benecia B. Moore in Little Rock Courtroom 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

DATE:  October 2, 2025                        AT THE DIRECTION OF THE COURT
                                              TAMMY H. DOWNS, CLERK


                                              By:  Kristy D. Rochelle, Deputy Clerk



Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 02 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE No. 4:25MJ00238-01 BBM |
| | ) | |
| VLADYSLAV FITSAK | ) | DEFENDANT |

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit or testimony of Defendant, VLADYSLAV FITSAK, concerning his financial ability to employ counsel, the Court finds as follows:

✓ Defendant is entitled to counsel, but cannot afford to hire a private lawyer; so the Federal Public Defender Office is appointed to represent the Defendant in all further proceedings herein; or

___ Defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support; therefore, the Federal Public Defender Office is appointed herein, but Defendant shall reimburse the Government for the cost of providing representation, commensurate with the Defendant's ability to pay as directed by further order of the Court; or

___ Defendant is not eligible for appointment of counsel under 18 U.S.C. §3006A, but is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose.

The Court notes the appearance of Molly Sullivan, Assistant Federal Defender, to represent the Defendant.

Dated this 2nd day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender Office
Clerk (file)
U.S. Attorney
Defendant

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 02 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

V.  Case No. 4:25-MJ-00238-BBM-1

VLADYSLAV FITSAK

## ORDER

The United States must turn over to the defense all exculpatory evidence—that is evidence that favors the defendant or casts doubt on the government's case. See *Brady* v. *Maryland*, 373 U.S. 83 (1963) and cases applying this precedent. If the government fails to produce exculpatory evidence to the defense in a timely manner, the Court may take certain steps: excluding certain evidence; giving adverse jury instructions; dismissing charges; holding government lawyers in contempt; or imposing other appropriate sanctions.

IT IS SO ORDERED this 2nd day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 02 2025

TAMMY H. DOWNS, CLERK
By: _____ Kochel
                              DEP CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vladyslav Fitsak | ) | Case No. 4:25-mj-00238 BBM |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. 2:25-cr-99 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Eastern__ District of __Virginia__,
*(if applicable)* __Norfolk__ division. The defendant may need an interpreter for this language: _____ .

The defendant: ☐ will retain an attorney.
                ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __10/02/2025__

                                             /s/ Benecia Moore
                                                     *Judge's signature*

                                  Benecia B. Moore, U.S. Magistrate Judge
                                                 *Printed name and title*